**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Francisco Tomas Padilla-Palafox**<br>YOB: 1986; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-08433MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about January 11, 2026, at or near Naco, in the District of Arizona, **Francisco Tomas Padilla-Palafox**, an alien, did intentionally and knowingly attempt to unlawfully enter the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on November 30, 2012, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

<u>Count 2</u>:  On or about January 11, 2026, at or near Naco, in District of Arizona, **Francisco Tomas Padilla-Palafox**, an alien, did intentionally and knowingly attempt to unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Francisco Tomas Padilla-Palafox** is a citizen of Mexico.  On November 30, 2012, **Francisco Tomas Padilla-Palafox** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona.  On January 11, 2026, agents found **Francisco Tomas Padilla-Palafox** attempting to enter the United States at or near Naco, Arizona without the proper immigration documents.  **Francisco Tomas Padilla-Palafox** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.  Furthermore, **Francisco Tomas Padilla-Palafox** admitted to illegally entering the United States of America from Mexico on or about January 11, 2026, at or near Naco, Arizona at a time or place other than as designated by immigration officials.

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: | |
|---|---|
| *DETENTION REQUESTED*<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Eric R, Wood<br>Border Patrol Agent |
| Sworn by telephone __x__<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 12, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Hopkins